IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01834-PAB-NRN

STATE REGULATORY REGISTRY, LLC,

    Plaintiff,

v.

BILLY GLEN BARTHOLOMEW, ET AL.

    Defendant(s).

---

### REVISED JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS MTI AND EXLEY AND REQUEST FOR ENTRY OF PERMANENT INJUNCTION

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), State Regulatory Registry, LLC, a Washington D.C. limited liability company ("Plaintiff"), and Defendants MTI Services Corporation ("MTI") and Donald Exley ("Exley") (collectively, "Defendants") hereby submit this Revised Joint Stipulation of Dismissal and Request for Entry of Permanent Injunction.

Plaintiff has entered into a settlement agreement with Defendants MTI and Exley. In this settlement agreement, Defendants agreed to entry of an Agreed Permanent Injunction Order, barring them from certain enumerated activities related to the subject matter of this litigation. To effectuate this agreement, the Parties previously submitted to this Court on October 22, 2019 a Stipulation of Dismissal and Agreed Permanent Injunction (Doc. 145). By Minute Order dated November 5, 2019, this Court instructed the Parties to "clarify whether they agree that the Court will not retain jurisdiction over the settlement . . ." (Doc. 153). In accordance with that Order, the Parties submit a revised Agreed Permanent Injunction contemporaneously herewith that removes

1

any reference to the Court's retention of jurisdiction.  The Parties request that this Court "so order" this revised Agreed Permanent Injunction Order (attached hereto as Exhibit A) and enter the same on this Court's docket.

In consideration of the negotiated settlement, (including the Agreed Permanent Injunction Order entered this same day), the Parties also hereby stipulate and agree to dismiss this matter as to Defendants MTI and Exley with prejudice and without costs (preserving SRR's claims against the remaining Defendants in this action, Billy Glen Bartholomew and Carey Green).

SO STIPULATED, this 12th day of November, 2019.

/s/ Jennifer Ancona Semko
Jennifer Ancona Semko
BAKER & MCKENZIE LLP
815 Connecticut Ave., NW
Washington, D.C. 20006
jennifer.semko@bakermckenzie.com
Telephone: (202) 835-4250
Fax: (202) 416-7055

*Attorneys for Plaintiff*

/s/　Michael J. Davis
Michael J. Davis
DENVER LAW GROUP
4100 E. Mississippi Ave., Suite 420
Denver, CO 80246
mdavis@dlglaw.net
Telephone: (720) 361-6036
Fax: (303) 758-5055

*Attorney for Defendant MTI Services Corp.*

/s/　 Donald Exley
Donald Exley
5301 S. Yosemite St. 34-103
Greenwood Village, CO 80111
dexley@clubmti.net
Telephone: (303) 618-8744

*Pro Se Defendant*