IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01834-PAB-NRN

STATE REGULATORY REGISTRY, LLC,

    Plaintiff,

v.

BILLY GLEN BARTHOLOMEW, ET AL.

    Defendant(s).

---

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT CAREY GREEN AND REQUEST FOR ENTRY OF PERMANENT INJUNCTION

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), State Regulatory Registry, LLC, a Washington D.C. limited liability company ("Plaintiff"), and Defendant Carey Green ("Green") hereby submit this Joint Stipulation of Dismissal and Request for Entry of Permanent Injunction.

Plaintiff has entered into a settlement agreement with Defendant Green. In this settlement agreement, the Defendant has agreed to entry of an Agreed Permanent Injunction Order, barring him from certain enumerated activities related to the subject matter of this litigation. The Parties request that this Court "so order" the Agreed Permanent Injunction Order (attached hereto as Exhibit A) and enter the same on this Court's docket.

In consideration of the negotiated settlement, (including the Agreed Permanent Injunction Order entered this same day), the Parties also hereby stipulate and agree to dismiss this matter as

1

to Defendant Green with prejudice and without costs (preserving SRR's claims against the remaining Defendant in this action, Billy Glen Bartholomew).

SO STIPULATED, this 14th day of November, 2019.

*/s/ Jennifer Ancona Semko*
Jennifer Ancona Semko
BAKER & MCKENZIE LLP
815 Connecticut Ave., NW
Washington, D.C. 20006
jennifer.semko@bakermckenzie.com
Telephone: (202) 835-4250
Fax: (202) 416-7055

*Attorneys for Plaintiff*

*/s/ Dale Enck*
Dale R. Enck
Dale R. Enck, Attorney at Law, P.C.
PO Box 1420, 301 East Main Street, #210
Buena Vista, CO 81211
dale@buenavistalaw.com
Telephone: (719) 395-2500
Fax: (719) 395-4080

*Attorney for Defendant Green*