IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01834-PAB-NRN

STATE REGULATORY REGISTRY, LLC,

      Plaintiff,

v.

BILLY GLEN BARTHOLOMEW, ET AL.

      Defendant(s).

---

## JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT BILLY GLEN BARTHOLOMEW AND REQUEST FOR ENTRY OF PERMANENT INJUNCTION

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), State Regulatory Registry, LLC, a Washington D.C. limited liability company ("Plaintiff"), and Defendant Billy Glen Bartholomew ("Bartholomew") hereby submit this Joint Stipulation of Dismissal and Request for Entry of Permanent Injunction.

Plaintiff has entered into a settlement agreement with Defendant Bartholomew. In this settlement agreement, the Defendant has agreed to entry of an Agreed Permanent Injunction Order, barring him from certain enumerated activities related to the subject matter of this litigation. The Parties request that this Court "so order" the Agreed Permanent Injunction Order (attached hereto as Exhibit A) and enter the same on this Court's docket.

In consideration of the negotiated settlement, (including the Agreed Permanent Injunction Order entered this same day), the Parties also hereby stipulate and agree to dismiss this matter as to Defendant Bartholomew with prejudice and without costs.

1

2

SO STIPULATED, this 15th day of November, 2019.


/s/ Jennifer Ancona Semko
Jennifer Ancona Semko
BAKER & MCKENZIE LLP
815 Connecticut Ave., NW
Washington, D.C. 20006
jennifer.semko@bakermckenzie.com
Telephone: (202) 835-4250
Fax: (202) 416-7055

Attorneys for Plaintiff


/s/ Scott A. Meiklejohn
Scott A. Meiklejohn
Scott A. Meiklejohn LLC
1626 Washington St.
Denver, CO 80203
scott@meiklejohn-law.com
Telephone: (303) 257-2438
Fax: (303) 648-5532


Attorney for Defendant Bartholomew